IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE RAGIN-MOTON, and all others similarly situated, ) | CIVIL ACTION NO: 06-01253 |
| Plaintiffs, ) | The Honorable Donetta W. Ambrose |
| v. ) | |
| J.C. CHRISTENSEN AND ASSOCIATES INC. ) | |
| Defendants. ) | Electronically Filed |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto that the above-captioned action be and is hereby dismissed with prejudice as to the Plaintiff's individual claims against Defendant J.C. Christensen and Associates Inc.

IT IS HEREBY STIPULATED by and between counsel for the parties hereto that the claims of the putative class in the instant action are hereby dismissed without prejudice.

Date:   March 16, 2007

STIPULATED AND AGREED:

 /s/Jeffrey L. Suher
Jeffrey L. Suher, Esquire (Pa. I.D. # 74924)
4328 Old William Penn Highway
Suite 2J
Monroeville, PA 15146
(412) 374-9005
Counsel for Plaintiff

/s/Robert J. Hannen
Robert J. Hannen, Esquire (Pa. I.D. # 63432)
Thorp Reed & Armstrong, L.L.P.
1233 Main Street, Suite 4000
Wheeling, WV 26003
(304) 233-5599
Counsel for Defendant

3-19-07
Approved
Donetta F. Ambrose